## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 17-20688-CMB** |
| **Thomas J. Dokman, dba,** | ) | **Chapter 13** |
| **Robert Thomas Hairdesign** | ) | **Doc No. ___** |
| **Debtor** | ) | |
| **Thomas J. Dokman, dba,** | ) | |
| **Robert Thomas Hairdesign** | ) | **Response: 3/9/2020** |
| **Movant** | ) | **Hearing: 3/25/2020** |
| vs | ) | **at 11:00 a.m.** |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) | |
| **Michael J. Rhodes, Clerk, United States** | ) | |
| **Bankruptcy Court, and United States of** | ) | |
| **America Department of Treasury** | ) | |
| **Respondents** | ) | |

## ORDER OF COURT ON DEBTOR'S
## MOTION TO OBTAIN REFUND

AND NOW THIS _____day of _____, 2020, upon consideration of the Motion for refund filed by the Debtor, Thomas J. Dokman, it is hereby ORDERED that:

1. The Debtor is entitled to a refund in the amount of $5,982.19;

2. The Clerk of this Court shall promptly disburse the Refund to the Debtor by mail to: Thomas J. Dokman, 99 Corbett Court, # 514, Pittsburgh, PA 15237, with a copy of the transmittal letter to Debtor's counsels, Bryan P. Keenan.

_____
Chief Judge, Carlota M. Bohm
United States Bankruptcy Judge