# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:** ) | Bankruptcy No. 17-20688-CMB |
| **Thomas J. Dokman, dba,** ) | Chapter 13 |
| **Robert Thomas Hairdesign** ) | |
| **Debtor** ) | Related to: Document No. 156 |
| **Thomas J. Dokman, dba,** ) | |
| **Robert Thomas Hairdesign** ) | **ENTERED BY DEFAULT** |
| **Movant** ) | |
| vs ) | |
| **Ronda J. Winnecour, Chapter 13 Trustee** ) | |
| **Michael J. Rhodes, Clerk, United States** ) | |
| **Bankruptcy Court, and United States of** ) | |
| **America Department of Treasury** ) | |
| **Respondents** ) | |

## ORDER OF COURT ON DEBTOR'S
## MOTION TO OBTAIN REFUND

AND NOW THIS ___11th___ day of _____March_____, 2020, upon consideration of the Motion for refund filed by the Debtor, Thomas J. Dokman, it is hereby ORDERED that:

1. The Debtor is entitled to a refund in the amount of $5,982.19;

2. The Clerk of this Court shall promptly disburse the Refund to the Debtor by mail to: Thomas J. Dokman, 99 Corbett Court, # 514, Pittsburgh, PA 15237, with a copy of the transmittal letter to Debtor's counsels, Bryan P. Keenan.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/11/20 4:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA